I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner
~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: _12·12·12_

DEPUTY CLERK

**JS-6 / ENTERED**

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

**DEC 1 2 2012**

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

GABRIEL GONZALEZ GALLEGOS,      ) Case No. EDCV 10-1797-DMG (JPR)
                                )
                 Petitioner,    )
                                )       **J U D G M E N T**
          vs.                   )
                                )
DOMINGO URIBE JR., Warden,      )
                                )
                 Respondent.    )
_____ )

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED:  December 11, 2012

_____
DOLLY M. GEE
U.S. DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

**DEC 1 2 2012**

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1